

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, May 12, 2021

11th Court of Appeals Clerk
Sherry Williamson
P. O. Box 271
Eastland, TX 76448
* Delivered Via E-Mail *

**Re:** Ortega, Delfino Jr.
**CCA No.** PD-1193-19
**Trial Court Case No.** CR14847

**COA No.** 11-19-00081-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Presiding Judge 266th District Court (Delivered Via E-Mail)
       District Clerk Erath County (Delivered Via E-Mail)
       District Attorney Erath County (Delivered Via E-Mail)
       Stacey M. Soule (Delivered Via E-Mail)
       Delfino Ortega Jr.